UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-CR-313-M-BM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| BLAKE AARON GOVEA ) | |

The Grand Jury charges that:

On or about November 22, 2025, in the Eastern District of North Carolina, the defendant, BLAKE AARON GOVEA, did threaten to assault, kidnap, and murder S.T., a member of the immediate family of T.R.T., United States Senator, with intent to impede, intimidate, and interfere with T.R.T. while he was engaged in the performance of his official duties and to retaliate against T.R.T. on account of the performance of his official duties, in violation of Title 18, United States Code, Section 115(a)(1)(A).

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 12/16/25

W. ELLIS BOYLE
United States Attorney

BY: LOGAN W. LILES
Assistant United States Attorney