FILED

JAN 22 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-CR-313-M-BM

UNITED STATES OF AMERICA )
)
)                                   ORDER ON
v.                                              )                          **MOTION TO UNSEAL**
)
BLAKE AARON GOVEA )

Upon motion of the Government, the above-captioned matter is hereby

ORDERED unsealed. SO ORDERED.

22 JAN. 2026
_____
DATE

_____
JAMES E. GATES
United States Magistrate Judge